UNITED STATES of America,
Plaintiff–Appellee,

v.

Vance Yukio INOUYE, Defendant–
Appellant.

No. 14–10510.

United States Court of Appeals,
Ninth Circuit.

May 10, 2016.

Ronald G. Johnson, Assistant U.S., Edric Ming–Kai Ching, Assistant U.S., DOJ–Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Peter C. Wolff, Jr., Federal Public Defender, FPDHI–Federal Public Defender's Office (Honolulu), Honolulu, HI, Victor D. Stone, Counsel, Victor Stone, University Park, MD, for Defendant–Appellant.

Before: GRABER, BYBEE, and CHRISTEN, Circuit Judges.

## ORDER

The mandate issued on March 23, 2016, is recalled, and the memorandum disposition filed in this case on February 29, 2016, is withdrawn. Amicus's pending motion to publish, filed March 18, 2016, is denied as moot; a published opinion will follow.

* The Honorable Donald E. Walter, Senior District Judge for the U.S. District Court for the Western District of Louisiana, sitting by designation.